FILED
CLERK, U.S. DISTRICT COURT
MAY - 1 2014
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TROY ALEXANDER BAETZ, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 14-2820-UA (MAN) |
| v. | |
| CITY OF LOS ANGELES, et al., | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| DEFENDANT(S). | |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____     _____
Date                          United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency            ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous  ☐ Immunity as to _____
☒ Other: Plaintiff Martin appears to lack standing. No basis for Monell liability on the part of defendant City of Los Angeles has been pleaded. No basis for liability on the part of defendant United Road (contd. below)

Comments:
(cont'd) Towing has been pleaded. No valid state law claims have been pleaded: plaintiffs apparently have not completed the California Tort Claims Act process; and plaintiffs have not pleaded the elements of any state law cause of action, tort or otherwise.

4/18/14                               Margaret A. Nagle
Date                                  United States Magistrate Judge

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
            ☐ GRANTED           ☒ DENIED (See comments above).

4/27/14                               _____
Date                                  United States District Judge